Exhibit 1

# United States of America

## United States Patent and Trademark Office

# LUCKY BOY

**Reg. No. 5,673,259**

**Registered Feb. 12, 2019**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Lucky Boy Hamburgers, Inc.  (CALIFORNIA CORPORATION)
830 N. Gainsborough Dr.
Pasadena, CALIFORNIA 91107

CLASS 43: Restaurant services

FIRST USE 5-30-1960; IN COMMERCE 5-30-1960

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5406126

SER. NO. 87-877,864, FILED 04-16-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,406,126**

**Registered Feb. 20, 2018**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Lucky Boy Hamburgers, Inc. (CALIFORNIA CORPORATION)
830 N. Gainsborough Dr.
Pasadena, CALIFORNIA 91107

CLASS 43: Restaurant services

FIRST USE 5-30-1960; IN COMMERCE 5-30-1960

The color(s) green is/are claimed as a feature of the mark.

The mark consists of green letters spelling "LUCKY BOY", the word "LUCKY" underlined in green and imposed over a long green rectangular border, with the entire "LUCKY BOY" phrase underlined with a thick green line.

SER. NO. 87-519,335, FILED 07-07-2017



Director of the United States
Patent and Trademark Office

# Exhibit 2

Christina Karagias
Vice President
Lucky Boy Hamburgers Inc.
830 Gainsborough Dr.
Pasadena, CA 91107

Legal Department
201 3rd Street, Suite 200
San Francisco, California, 94103

Greetings Postmates Legal Department:

Postmates must correct Lucky Boy Burgers located at 531 E Walnut St. Pasadena CA 91001
as "closed" from their delivery listing.   Lucky Boy is OPEN.

Customers are complaining that Lucky Boy is "closed" on the Postmates delivery app options.  The
Postmates "closed" listing is harming our sales.

Postmates has no legal right or authority to list Lucky Boy as "closed" on the Postmates app.  Please correct
the listing as open.

Also, the menu is incorrect.  Your customer service is polite yet not able to give my restaurant the corrections
requested.  Lucky Boy Hamburgers, Inc. is a trademark business.  Listing Lucky Boy as closed on the
Postmates app with an incorrect menu is an infringement on our intellectual property rights.

Best in the moment,



Christina Karagias
626-437-3167

cc:   Nick Vasels, Attorney at Law



**From:**     christina Anastasia Karagias
**To:**       hunter.martin@postmates.com; Postmates; Postmates Customer Service PLOS; Jeffrey Sheldon; Katherine Bond
**Subject:**  Remove listing
**Date:**     Friday, February 12, 2021 11:18:28 AM

Hunter

Trust you are well

Could  you please ask your technical support department to remove my restaurant from the Postmates platform and the Postmates APP
My restaurant is being harmed financially by the incorrect listing
Postmates has my restaurant listed
1.   As closed where in fact it is OPEN
2.  incorrect menu
3. incorrect operating hours

Lucky Boy
531 E Walnut St
Pasadena CA 91101

I have written  at least 16 times to various merchant customer service representatives   and have written two letters also to your legal department
I've also spoken  to Merchant tech-support .
I know it's very simple and quick  for Merchant tech-support to remove my listing in its entirety
It has been three weeks and nothing has been done
This incorrect information  is damaging my restaurant financially and damaging the reputation of my restaurant

I have copied my attorneys and your customer  service department above

I look forward to hearing from you next with the positive results of removing my restaurant listing from the Postmates platform and APP in it's entirety

Thank you
Christina
Vice President
Lucky Boy Hamburgers, Inc


Please excuse typos created by my iPhone due to automatic spellcheck

| | |
|---|---|
| **From:** | christina Anastasia Karagias |
| **To:** | Jeffrey Sheldon |
| **Subject:** | Fwd: Postmates Support Inquiry from +1-(626)-437-3167 |
| **Date:** | Friday, February 12, 2021 10:58:41 AM |

Please excuse typos created by my iPhone due to automatic spellcheck

Begin forwarded message:

> **From:** Christina a Karagias <luckyboyburgers@aol.com>
> **Date:** February 9, 2021 at 9:17:44 AM PST
> **To:** Postmates PLOS <support+id45011193@postmates-help.zendesk.com>
> **Subject: Re: Postmates Support Inquiry from +1-(626)-437-3167**
>
> Thank you Kaleisha.   I will send you the photo under separate cover I cannot copy and paste it into this email Christina
>
> Please excuse typos created by my iPhone due to automatic spellcheck
>
> > On Feb 9, 2021, at 8:57 AM, Postmates PLOS <support@postmates-help.zendesk.com> wrote:



# Postmates Support Inquiry from +1-(626)-437-3167

---

Your request (45011193) has been updated. To add additional comments, reply to this email.

Kaleshia J.
Feb 9, 8:56 AM

**Conversation Guide**

- This account deletion will be permanent.

- I can confirm that your account has been deleted.

- You will no longer be able to order from that account.

- If you wish to use Postmates in the future, you'll have to create a new account.

---

Kaleshia J., Customer Experience Associate

Postmates

---



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

**Subject: Re: Your Postmates Support request**
**Reply-To:** Postmates Partners <support+id45123945@postmates-partner.zendesk.com>

# Your Postmates Support request

Your request (45123945) has been updated. To add additional comments, reply to this email.

Winston Stevens
Feb 12, 12:05 AM

Hi Christina,

Thanks for reaching out to Postmates Account and Tech Support. I am sorry to hear  your frustration with regards to your intellectual property. Allow me to assist you.

I'm passing this to the appropriate team so they can take a look into this and assist you. They'll contact you as soon as they can.

If you have any questions, please let me know, Christina. Keep safe and have a nice day!

Winston S.
Customer Experience Associate

https://postmates.com

christina anastasia karagias
Feb 11, 11:47 PM

Hi Postmates,

I have a question/issue with the following: Account & Business Info --> Why am I on Postmates?.

Postmates/Uber this is my final notice to you remove my listing of my restaurant Lucky boy off your site. you are marketing my restaurant as closed and you have an incorrect menu. You are breaching my intellectual property rights and illegally using my national trademark lucky boy Without my authorization and incorrectly I have sent two letters to your legal department and written to Merchant services 4 times.

Thank you,

christina anastasia
+16264373167



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

##- Please type your reply above this line -##

**From:**  christina Anastasia Karagias
**To:**  Jeffrey Sheldon
**Subject:**  Fwd: Reply from Postmates: Lucky boy still shows as closed
**Date:**  Friday, February 12, 2021 10:57:46 AM

Please excuse typos created by my iPhone due to automatic spellcheck

Begin forwarded message:

> **From:** Postmates PLOS <support@postmates-help.zendesk.com>
> **Date:** February 9, 2021 at 9:48:25 AM PST
> **To:** christina anastasia karagias <luckyboyburgers@aol.com>
> **Subject: Reply from Postmates: Lucky boy still shows as closed**
> **Reply-To:** Postmates PLOS <support+id45013113@postmates-help.zendesk.com>



# Lucky boy still shows as closed

*This is an automated reply. You can reply directly to this email to get connected with a Customer Support Associate.*

Hi christina,

Thank you for reaching out to Postmates Support. Our agents are currently reviewing your request and will follow up with you as soon as possible.

We look forward to getting in touch with you soon. In

the meantime, if there is anything you'd like to add to
your request, please respond to this email.

---

*Just in case, here's what you sent us:*

christina anastasia karagias
Feb 9, 9:48 AM

Attachments:

- [IMG_2268.PNG](IMG_2268.PNG)

---



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

| | |
|---|---|
| **From:** | christina Anastasia Karagias |
| **To:** | Jeffrey Sheldon |
| **Subject:** | Fwd: Reply from Postmates: Postmates APP issue docx |
| **Date:** | Friday, February 12, 2021 10:57:27 AM |

Please excuse typos created by my iPhone due to automatic spellcheck

Begin forwarded message:

> **From:** Christina a Karagias <luckyboyburgers@aol.com>
> **Date:** February 11, 2021 at 12:47:35 PM PST
> **To:** Postmates PLOS <support+id45036474@postmates-help.zendesk.com>
> **Cc:** Jeff Sheldon <JSheldon@cislo.com>
> **Subject: Re: Reply from Postmates: Postmates APP issue docx**
>
> My restaurant
> Lucky Boy is open
> Your app has marked my  Restaurant closed
> Your company has harmed my restaurants' financially
>
> Please excuse typos created by my iPhone due to automatic spellcheck

On Feb 9, 2021, at 6:52 PM, Postmates PLOS <support@postmates-help.zendesk.com> wrote:



# Postmates APP issue docx

---

*This is an automated reply. You can reply directly to this email to get connected with a Customer Support Associate.*

Hi christina,

Thank you for reaching out to Postmates Support. Our agents are currently reviewing your request and will follow up with you as soon as possible.

We look forward to getting in touch with you soon. In the meantime, if there is anything you'd like to add to your request, please respond to this email.

---

*Just in case, here's what you sent us:*

christina anastasia karagias
Feb 9, 6:52 PM

Attachments:

- [Postmates_Letter.docx](Postmates_Letter.docx)

---



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

| From: | christina Anastasia Karagias |
|-------|------------------------------|
| To: | Jeffrey Sheldon |
| Subject: | Fwd: Reply from Postmates: Postmates APP issue docx |
| Date: | Friday, February 12, 2021 10:57:27 AM |

Please excuse typos created by my iPhone due to automatic spellcheck

Begin forwarded message:

> **From:** Christina a Karagias <luckyboyburgers@aol.com>
> **Date:** February 11, 2021 at 12:47:35 PM PST
> **To:** Postmates PLOS <support+id45036474@postmates-help.zendesk.com>
> **Cc:** Jeff Sheldon <JSheldon@cislo.com>
> **Subject: Re: Reply from Postmates: Postmates APP issue docx**
>
> My restaurant
> Lucky Boy is open
> Your app has marked my  Restaurant closed
> Your company has harmed my restaurants' financially
>
> Please excuse typos created by my iPhone due to automatic spellcheck
>
>> On Feb 9, 2021, at 6:52 PM, Postmates PLOS <support@postmates-help.zendesk.com> wrote:



# Postmates APP issue docx

*This is an automated reply. You can reply directly to this email to get connected with a Customer Support Associate.*

Hi christina,

Thank you for reaching out to Postmates Support. Our agents are currently reviewing your request and will follow up with you as soon as possible.

We look forward to getting in touch with you soon. In the meantime, if there is anything you'd like to add to your request, please respond to this email.

---

*Just in case, here's what you sent us:*

christina anastasia karagias
Feb 9, 6:52 PM

Attachments:

- [Postmates_Letter.docx](Postmates_Letter.docx)

---



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

**From:**      christina Anastasia Karagias
**To:**        Jeffrey Sheldon
**Subject:**   Fwd: Your Postmates Support request
**Date:**      Friday, February 12, 2021 10:56:49 AM

Please excuse typos created by my iPhone due to automatic spellcheck

Begin forwarded message:

> **From:** Christina a Karagias <luckyboyburgers@aol.com>
> **Date:** February 3, 2021 at 10:34:24 PM PST
> **To:** Postmates Partners <support+id44748681@postmates-partner.zendesk.com>
> **Subject: Re: Your Postmates Support request**
>
> We do not have an account. Postmates services my restaurant payment at the time of the purchase
>
> Please excuse typos created by my iPhone due to automatic spellcheck
>
>> On Feb 3, 2021, at 9:35 PM, Postmates Partners <support@postmates-partner.zendesk.com> wrote:



# Your Postmates Support request

---

Your request (44748681) has been updated. To add additional comments, reply to this email.

Tommy Cole
Feb 3, 9:35 PM

Hi Christina,

Thanks for reaching out to Account and Technical

Support. I understand you have a concern about updating your store hours. I'd be glad to assist you today.

In order for us to process updating your store operating hours kindly reply with the following details:

- Name of the Account Holder
- Last four digits of the account holder's bank account.

Once we gather the following information we will proceed with the next step.

If there is anything else I can help you with, Christina, let me know. Thanks for choosing Postmates! Have a great day!

Tommy C.
Customer Experience Associate
Postmates

https://postmates.com

---

christina anastasia karagias
Feb 3, 8:47 PM

I am locked out cannot edit the hours
Please mark my restaurant as open daily
7am-10pm daily

Please excuse typos created by my iPhone due to automatic spellcheck

On Feb 3, 2021, at 7:09 AM, Postmates

Partners <support@postmates-partner.zendesk.com> wrote:

---

christina anastasia karagias
Feb 3, 7:09 AM

Hi Postmates,

I have a question/issue with the following: Account & Business Info --> Update Hours or set Holiday Hours.

Lucky Boy 531 E Walnut St Pasadena CA 91001 is open
Christina Karagias
Lucky Boy Hamburgers Inc
VP

Thank you,

christina anastasia
+16264373167

---



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

| | |
|---|---|
| **From:** | christina Anastasia Karagias |
| **To:** | Jeffrey Sheldon |
| **Subject:** | Fwd: Your Postmates Support request |
| **Date:** | Friday, February 12, 2021 10:56:48 AM |

Please excuse typos created by my iPhone due to automatic spellcheck

Begin forwarded message:

> **From:** Christina a Karagias <luckyboyburgers@aol.com>
> **Date:** February 3, 2021 at 10:34:24 PM PST
> **To:** Postmates Partners <support+id44748681@postmates-partner.zendesk.com>
> **Subject: Re: Your Postmates Support request**
>
> We do not have an account. Postmates services my restaurant payment at the time of the purchase
>
> Please excuse typos created by my iPhone due to automatic spellcheck
>
>
> > On Feb 3, 2021, at 9:35 PM, Postmates Partners <support@postmates-partner.zendesk.com> wrote:
> >
> > 

# Your Postmates Support request

---

Your request (44748681) has been updated. To add additional comments, reply to this email.

Tommy Cole
Feb 3, 9:35 PM

Hi Christina,

Thanks for reaching out to Account and Technical

Support. I understand you have a concern about updating your store hours. I'd be glad to assist you today.

In order for us to process updating your store operating hours kindly reply with the following details:

- Name of the Account Holder
- Last four digits of the account holder's bank account.

Once we gather the following information we will proceed with the next step.

If there is anything else I can help you with, Christina, let me know. Thanks for choosing Postmates! Have a great day!

Tommy C.
Customer Experience Associate
Postmates

https://postmates.com

---

christina anastasia karagias
Feb 3, 8:47 PM

I am locked out cannot edit the hours
Please mark my restaurant as open daily
7am-10pm daily

Please excuse typos created by my iPhone due to automatic spellcheck

On Feb 3, 2021, at 7:09 AM, Postmates

Partners <support@postmates-partner.zendesk.com> wrote:

---

christina anastasia karagias
Feb 3, 7:09 AM

Hi Postmates,

I have a question/issue with the following: Account & Business Info --> Update Hours or set Holiday Hours.

Lucky Boy 531 E Walnut St Pasadena CA 91001 is open
Christina Karagias
Lucky Boy Hamburgers Inc
VP

Thank you,

christina anastasia
+16264373167

---



Help Center

Postmates Inc.
PO Box 78308
San Francisco, CA 94107 USA

Exhibit 3



**PROCUREMENT AND
ENFORCEMENT
OF INTELLECTUAL PROPERTY**

**CISLO & THOMAS LLP**
Attorneys at Law

**PATENT, TRADEMARK
COPYRIGHT & RELATED
MATTERS**

**WESTLAKE VILLAGE**
2829 Townsgate Road
Suite 330
Westlake Village, CA 91361-3006
(805) 496-1164

**12100 Wilshire Boulevard
Suite 1700
Los Angeles, CA 90025-7103
(310) 979-9190
Facsimile (310) 394-4477
www.cislo.com**

**SANTA BARBARA**
1332 Anacapa Street
Suite 120
Santa Barbara, CA 93101-2090
(805) 962-1515

**PASADENA**
1055 East Colorado Blvd.
Fifth Floor
Pasadena, CA 91106-2327
(626) 204-9206

**SAN DIEGO**
12636 High Bluff Drive
Suite 400
San Diego, CA 92130-2071
(619) 481-5448

**Q U A L I T Y   C L I E N T   C A R E ®   S I N C E
1 9 7 9**

February 16, 2021

*Via Email: help@postmates.com*

Robert Rieders, General Counsel *via: rob@postmates.com*

Bastian Lehmann, CEO *via: FedEx*

Bastian Lehmann, CEO
Robert Rieders, General Counsel
Postmates, Inc.
201 3rd Street, Suite 200
San Francisco CA  94107

     Re:  LUCKY BOY listing in POSTMATES
           Matter No.: 21-43386

Dear Sirs:

     Our firm represents Lucky Boy Hamburgers, Inc. ("Lucky Boy") in intellectual property matters.  Luck Boy owns and operates restaurants located in the Pasadena area.  Lucky Boy owns Federal Trademark registration nos. 5406126 and 5673259 for this mark, with first use in 1960, over 60 years ago.  We are sending you this letter because Postmates has been unresponsive to our client's repeated requests to immediately remove its listing/s from all Postmates' platforms. Copies of some of the requests are enclosed.

     Postmates seems to be intentionally displaying content that is causing a decline in Lucky

CISLO & THOMAS LLP
**Attorneys at Law**
February 16, 2021
Page 2

Boy's business and thus liable for punitive damages.  Example of the false content includes:

    1.  Lucky Boy is closed.



    Lucky Boy was not closed when this screen appeared.  Nor has the restaurant been closed since 1961.  When consumers see this result they mistakenly believe the restaurant is closed and seek an alternative.  This diverts business away from Lucky Boy.

    2.  Postmates Internet Search.  If a consumer conducts and Internet search for "Lucky Boy and Postmates" the results below are displayed. It would appear that Postmates provides services for Lucky Boy when in fact, Postmates does not deliver food on behalf of Lucky Boy.



CISLO & THOMAS LLP
**Attorneys at Law**
February 16, 2021
Page 3

We note, the same or similar search results do not appear if one does an Internet search for "Postmates and In-N-Out".

3.   Postmates has a "menu" online but the pricing is incorrect and low. This causes issues with Lucky Boy customers who question prices when ordering directly form Lucky Boy.

4.   Alternative options – when a search is conducted for "Lucky Boy" in the Postmates app other competitive restaurants show up as well.  Because Postmates does not deliver for Lucky Boy, it offers its customers food and beverages from competing businesses which diverts business away from Lucky Boy when the customer searches "Lucky Boy".

After all of the repeated requests from our client to remove Lucky Boy from Postmates with no action, it appears that all of this conduct is to unlawfully "coerce" our client to become a Postmates' "partner", which it has refused to do.  Is Postmates' business model to drive business away from restaurants that do not want to be a "partner"?

Postmates is liable for unfair competition and intentional tortious interference with prospective economic advantage as it has had several opportunities to correct these issues but has refused.

This is the final opportunity to comply with our client's wishes.  <u>Please remove all references to Lucky Boy - meaning nothing shows up if a consumer were to search for Lucky Boy within two business days.</u>   If Lucky Boy is not removed within the two business days, our client will escalate this matter and seek compensation for its lost sales and attorney fees.

If you would like to discuss the matter further, please do not hesitate to contact me.

Very truly yours,
CISLO & THOMAS LLP

<u>*/Jeffrey G. Sheldon/*</u>
Jeffrey G. Sheldon, Esq.

cc:  Client