JEFFREY G. SHELDON (SBN 67516)
jsheldon@cislo.com
KATHERINE M. BOND (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190

Attorneys for Plaintiff
LUCKY BOY HAMBURGERS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUCKY BOY HAMBURGERS, INC., a California corporation,<br>       Plaintiff,<br><br>v.<br><br>NEWS MERGER COMPANY LLC d/b/a POSTMATES, a Delaware limited liability company, ,<br><br>       Defendant. | CASE NO. 2:21-cv-01706- AB-E<br><br>**Honorable Andre Birotte Jr.**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF**<br>**(FRCP 41(a)(1)(A)(i))** |

///

///

///

PLEASE TAKE NOTICE that Plaintiff Lucky Boy Hamburgers, Inc. ("Plaintiff"), and Defendant News Merger Company LLC d/b/a Postmates ("Defendant") have entered into a settlement agreement ("Agreement"). Per the terms of the Agreement, Plaintiff hereby voluntarily dismisses all claims in this action with prejudice in its entirety for all actions complained of up to the date of dismissal, each party to bear its own attorneys' fees and costs.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*   \*   \*

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Even though a Court Order is not required, Plaintiff has provided a Proposed Order dismissing the action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 2, 2021          By:    /s/Jeffrey G. Sheldon
                                    Jeffrey G. Sheldon
                                    Katherine M. Bond
                                    Attorneys for Plaintiff
                                    LUCKY BOY HAMBURGERS INC.

1