# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKY BOY HAMBURGERS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> NEWS MERGER COMPANY LLC d/b/a POSTMATES, a Delaware limited liability company, , <br><br> Defendant. | CASE NO. 2:21-cv-01706- AB-E <br><br> **Honorable Andre Birotte Jr.** <br><br> **ORDER RE VOLUNTARY DISMISSAL** |

The Court has considered Plaintiff's Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby **DISMISSES** the action in its entirety **WITH PREJUDICE** for all actions complained of up to the date of dismissal and retains jurisdiction to enforce the terms of a settlement agreement between Plaintiff Lucky Boy Hamburgers, Inc. and Defendant News Merger Company LLC d/b/a Postmates. **IT IS SO ORDERED.**

Dated June 3, 2021     By: _____
                             Andre Birotte Jr.
                             United States District Court Judge